UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA, | No. 2:22-cv-01109 DB P |
| Plaintiff, | |
| v. | ORDER |
| T. SCHMIDT, et al., | |
| Defendants. | |

Plaintiff a state prisoner, proceeds without counsel with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges the defendants violated his rights under the Eighth Amendment in connection with a cell extraction. On May 19, 2023, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 16) is granted and the stay of this action is lifted;

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: July 26, 2023

DLB7
vale1109.optout.post.waiver

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE