IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>T SCHMIDT, et al.,<br><br>Defendants. | Case No. 2:22-cv-01109-SCR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DEADLINES TO COMPLETE DISCOVERY AND FILE PRETRIAL MOTIONS |

Defendants C. Praham, E. Thompson, G. Myers, and T. Schmidt (Defendants) filed a motion to modify the Discovery and Scheduling Order (ECF Nos. 25, 36) to extend: (1) the deadline to complete discovery by sixty days, to February 9, 2026; and (2) the pretrial motions deadline (except motions to compel discovery) by sixty-one days, to May 11, 2026.

Having considered Defendants' motion and the accompanying declaration of counsel, the Court finds good cause exists to GRANT this motion.

///

///

///

///

///

1

[Proposed] Order Granting Mot. Modify Disc. and Scheduling Order to Extend Deadlines to Complete Disc. and File Pretrial Mot. (2:22-cv-01109-SCR)

The deadline to complete discovery is extended to February 9, 2026. The deadline to file pretrial motions (except motions to compel discovery) is extended to May 11, 2026. No other deadlines in the Court's Discovery and Scheduling Order (ECF Nos. 25, 36) are affected by this Order.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Mot. Modify Disc. and Scheduling Order to Extend Deadlines to Complete Disc. and File Pretrial Mot. (2:22-cv-01109-SCR)