IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO A. VALENZUELA,** | Case No. 2:22-cv-01109-SCR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE PRETRIAL MOTIONS** |
| v. | |
| **T SCHMIDT, et al.,** | |
| Defendants. | |

Defendants C. Praham, E. Thompson, G. Myers, and T. Schmidt (Defendants) filed a motion to modify the Discovery and Scheduling Order (ECF Nos. 25, 36, 42, 44) to extend the pretrial motions deadline (except motions to compel discovery) by sixty days, to September 11, 2026.  ECF No. 45.

Having considered Defendants' motion and the accompanying declaration of counsel, the Court finds good cause exists to GRANT this motion.

///

///

///

1

The deadline to file pretrial motions (except motions to compel discovery) is extended to September 11, 2026.  No other deadlines in the Court's Discovery and Scheduling Order (ECF Nos. 25, 36, 42, 44) are affected by this Order.

**IT IS SO ORDERED.**

Dated: July 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE