UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. VALENZUELA,

Plaintiff,

v.

T. SCHMIDT, et al.,

Defendants.

No. 2:22-cv-01109 SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. The deadline to file pretrial motions passed on September 11, 2026, without either party filing a dispositive motion. A review of the docket indicates that not all parties have returned the form indicating whether they consent to have the assigned Magistrate Judge conduct all further proceedings and enter judgment in this case pursuant to 28 U.S.C. § 636(c). Therefore, before setting a further schedule for this litigation, the undersigned orders any party who has not returned their consent forms to do so within 21 days.

The Magistrate Judge consent process can help bring about the "just, speedy, and inexpensive determination" of federal cases. Fed. R. Civ. P. 1. Just as with a judgment issued by a District Judge, a judgment issued by a Magistrate Judge to whom the parties in a civil case have consented is appealable directly to the Ninth Circuit Court of Appeals. The parties are advised that they are free to withhold consent without any adverse substantive consequences to their case.

Fed. R. Civ. P. 73(b)(2). If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send the form Consent to Proceed before a United States Magistrate Judge to the parties in this action.

2. Any party who has not yet submitted the consent form is directed to return one to the court within 21 days from the date of this order.

DATED: September 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE